IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| JAMES E. BACHMAN, ) | |
| ) | CASE NO. BK15-80069 |
| Debtor(s). ) | A15-8043 |
| DANIEL H. DUNKER and ) | |
| RICHARD F. HILL, ) | |
| ) | |
| Plaintiffs, ) | CHAPTER 7 |
| ) | |
| vs. ) | |
| ) | |
| JAMES E. BACHMAN, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This matter is before the court on the plaintiffs' motion for summary judgment (Fil. No. 79) and resistance by the debtor-defendant (Fil. No. 85). Lauren R. Goodman and James J. Niemeier represent the plaintiffs, and the debtor represents himself.

IT IS ORDERED: For the reasons stated in the Order filed herewith, judgment is hereby entered in favor of the plaintiffs and against the debtor-defendant. The debtor is denied a discharge of his debts pursuant to 11 U.S.C. § 727(a)(2)(A).

DATED: July 20, 2017.

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Notice given by the Court to:
    James E. Bachman
    *Lauren R. Goodman
    *James J. Niemeier
    U.S. Trustee
Movant (*) is responsible for giving notice to other parties if required by rule or statute.