IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK15-80069 |
| | ) | A15-8043 |
| JAMES E. BACHMAN, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| DANIEL H. DUNKER and | ) | |
| RICHARD F. HILL, | ) | |
| | ) | |
| Plaintiffs, | ) | 17:CV284 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES E. BACHMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 1.5(c),

IT IS ORDERED:

1) Appellant, James E. Bachman, shall file a brief in support of his position on or before August 25, 2017.

2) Appellees shall file a brief in support of their position on or before September 15, 2017.

3) Any reply brief shall be submitted by appellant/claimant on or before September 22, 2017.

DATED this 7th day of August, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court