IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK15-80069 |
| | ) | A15-8043 |
| JAMES E. BACHMAN, | ) | |
| Debtor. | ) | |
| DANIEL H. DUNKER and RICHARD F. HILL, | ) | |
| Appellees, | ) | 8:17CV284 |
| v. | ) | |
| JAMES E. BACHMAN, | ) | ORDER |
| Appellant. | ) | |

This matter is before the Court on appellees' motion to dismiss appeal for failure to prosecute (Filing No. 8); on appellant's resistance to appellee's motion to dismiss and/or motion for extension of time to file appellant's brief (Filing No. 9); and on appellees' objection to appellant's motion for extension of time to file brief (Filing No. 10). The Court notes that appellant claims he did not receive a copy of the Court's briefing schedule. Accordingly,

IT IS ORDERED:

1) Appellees' motion to dismiss for failure to prosecute is denied without prejudice.

2) Appellant's motion for extension of time to file a brief is granted. Appellant, James E. Bachman, shall file a brief in support of his position on or before **September 29, 2017.**

3) Appellees shall file a brief in support of their position on or before **October 16, 2017.**

4) Any reply brief shall be submitted by appellant/claimant on or before **October 27, 2017.**

5) Appellees' objection to appellant's motion for extension of time is overruled.

6) No further extensions of time to file briefs will be granted.

DATED this 14th day of September, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court